IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02282-WDM-MEH

BROCK JOHN BEHLER,

    Plaintiff,

v.

DENNIS GRIVOIS,

    Defendant.

_____

**ORDER**
_____

This matter is before me on the Plaintiff's Motion to Dismiss and the Defendant's Consent. It is therefore ordered that all claims arising between the parties are dismissed with prejudice, each party to pay his own costs and attorney's fees.

DATED at Denver, Colorado, on July 1, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL